Taylor, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

GRANT v. CANANEA COPPER CO. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by James A. Grant against the Cananea Copper Company. No opinion. Motion granted. Order filed.

GRANT et al., Respondents, v. GREENE et al., Appellants. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by James A. Grant and another against William C. Greene and others. M. E. Harby, for appellants. W. B. Raymond, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GRANT et al., Respondents, v. GREENE CONSOL. COPPER CO., Appellant. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by James A. Grant and another against the Greene Consolidated Copper Company. No opinion. Appeal dismissed, without costs. Order filed.

GRATTAN, Respondent, v. TOMPKINS, Appellant. (Supreme Court Appellate Division, Second Department. April 26, 1907.) Action by Margaret Grattan against George B. Tompkins. No opinion. Judgment and order of the County Court of Westchester county unanimously affirmed, with costs.

GREACEN, Respondent, v. POEHLMAN, Appellant. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Thomas E. Greacen against Frederick J. Poehlman. J. N. Ardner, for appellant. A. B. Carrington, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GROARKE, Respondent, v. LAEMMLE, Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Francis J. Groarke, an infant, against George Laemmle. D. Berier, for appellant. J. A. Foley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 86 N. Y. Supp. 1137.

GROWVOGEL, Respondent, v. SIEGEL-COOPER CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by John J. Growvogel against the Siegel-Cooper Company. No opinion. Judgment and order unanimously affirmed, with costs.

GURVITZ, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Term. April 10, 1907.) Appeal from Municipal Court, Borough of Manhattan, Thirteenth District. Action by Mendel Gurvitz against the New York City Railway Company. From an order setting aside a verdict recovered by plaintiff, he appeals. Return sent back to the files for such action as counsel may advise. David Goldstein, for appellant. William E. Weaver, for respondent.

PER CURIAM. The briefs in this case on both sides refer to an appeal from an order setting aside the verdict of a jury rendered in favor of the plaintiff, from which order it is said an appeal was taken by the plaintiff. The record, however, contains no order, nor is there any notice of appeal by the plaintiff attached thereto. The return is therefore sent back to the files for such action as counsel may advise.

GUTHORN, Respondent, v. McCLURE NEWSPAPER SYNDICATE, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Meyer Guthorn against the McClure Newspaper Syndicate. No opinion. Order affirmed on argument, with $10 costs and disbursements.

HAMILL, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Term. April 10, 1907.) Appeal from City Court of New York, Special Term. Action by Arthur Hamill against the Interurban Street Railway Company. From an order denying plaintiff's motion to restore the cause to the day calendar, he appeals. Modified. John F. Foley (William J. Martin, of counsel), for appellant. Henry A. Robinson (Bayard H. Ames, of counsel), for respondent.

GIEGERICH, J. This cause was marked off the City Court day calendar by consent on April 6, 1906, but the plaintiff's counsel did not move to have it restored to the day calendar until January, 1907. As the affidavit did not state any reason for the delay, the motion was denied. While such disposition of the motion was warranted, I think, in view of the fact that the absolute denial of the motion has the effect of depriving the plaintiff of his right of trial, leave to renew should have been given on additional papers showing reason for the delay in attempting to move the case for trial. The order should therefore be modified, as indicated, without costs. All concur.

HAMLIN v. HAMLIN et al. (Supreme Court, Appellate Division, First Department. March 15, 1907.) Action by Mary B. Hamlin against Herbert W. Hamlin and another. No opinion. Motion denied, with $10 costs. Order filed.

HANNEY, Respondent, v. JOHN N. ROBINS CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Michael Hanney against the John N. Robins Company. No opinion. Judgment and order unanimously affirmed, with costs.

HARKOW et al., Appellants, v. HAUSER, Respondent. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by James M. Harkow and others against David Hauser. No opinion. Judgment of the Municipal Court affirmed, with costs.

HART et al., Appellants, v. HART et al., Respondents. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Charles Hart and others against Sarah